Misc. No. 12–8021/AF. In re Steven J. Holsey, Petitioner v. Commander, 78th Air Base Wing, Colonel Mitchel H. Butikofer, Respondent. On consideration of the petition for extraordinary relief in the nature of a writ of mandamus or, alternatively, a writ of prohibition, it is ordered that said petition is hereby denied without prejudice to Petitioner's right to raise the issue asserted during the course of normal appellate review.

No. 12–0251/AF. U.S. v. Ermen–Rene Barnett. CCA 37578. Appellee's motion to submit a substitute joint appendix is granted.

No. 12–0408/MC. U.S. v. Lawrence G. Hutchins, III. CCA 200800393. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 30, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–6002/AF. U.S. v. Darren N. Hathorne. CCA 2011–02. Appellee's motion to supplement the record is granted.